UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2006

GREGORY C. LANGHAM

Miscellaneous Action No.    96-Y-203

In re Special Grand Jury 89-2

---

ORDER FOR FURTHER PROCEEDINGS AFTER REMAND

---

The Mandate of the United States Court of Appeals for the Tenth Circuit having been received and that court having determined that this Court has jurisdiction to adjudicate the claims concerning Fed. R. Crim. P. 6(e) and that this Court should determine whether it has inherent power to permit or order disclosure of grand jury materials despite the provisions of that rule and it now being necessary to develop a procedure for complying with the Mandate, it is now

ORDERED that on or before October 31, 2006, counsel in this matter shall submit their respective views as to the procedure to be followed. In that regard, the petitioners shall set forth with some specificity what relief is being sought under the exceptions to secrecy in Rule 6(e)(3) and what relief is sought under the claimed inherent authority of the court.

DATED: September 25, 2006

BY THE COURT:

*[signature]*
Richard P. Matsch, Judge

Certificate of Mailing

I certify that on September 25, 2006, a copy of the Order for Further Proceedings After Remand entered by Judge Richard P. Matsch was mailed via U. S. Mail to the following:

Jonathan Robert Turley
George Washington University Law School
2000 H Street, N.W.
Washington, D.C. 20052

Kenneth E. Peck
Bette K. Bushell
1660 Lincoln St., #1450
Denver, CO 80264-1401

Jerry N. Jones
Assistant U. S. Attorney

Robert J. Corry, Jr.
600 17th St., #2800 South Tower
Denver, CO 80202

GREGORY LANGHAM, Clerk

By _____
         Deputy