**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge Richard P. Matsch

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 7 2006

GREGORY

IN RE                                           96 Y 203

SPECIAL GRAND JURY 89-2

**FILED UNDER SEAL**

---

PETITIONERS' FIRST MOTION FOR EXTENSION TO FILE PETITIONERS' PROPOSED
RELIEF

---

Pursuant to Local Rule 6.1, Petitioner's respectfully request an extension of time until

November 14, 2006 to file their proposed relief pursuant to the Court's September 25, 2006

order, on the grounds below:

1.      The Court's prior order set October 31, 2006 as the date for Petitioners to file a

         proposal for relief in the above captioned matter.

2.      Counsel for Petitioners is attempting to make the October 31, 2006 and will do so if

         at all possible.  However, two national security cases in which Mr. Turley is the lead

         counsel have moved into extremely intense stages.  The first, *United States v. Al-*

         *Timimi*, CR-04-385 (E.D. VA), remains in a sealed, classified status but requires

         expedited filings due to recent classified events.  The second involves Mr. Turley's

         representation of a House Intelligence Committee staffer accused to leaking of

         classified National Intelligence Estimate.  *See, e.g.,* Scott Shane, *Limits on Aide In*

         *Leak Case Are Protested By Democrat*, N.Y. Times, October 21, 2006, at A10; Greg

         Miller, *A House panel's GOP chairman cites the leak of an Iraq analysis*, L.A.

         Times, October 21, 2006, at A20; Walter Pincus, *Suspecting Leak, Chairman*

         *Suspends Panel Staffer; Democratic Aide to House Intelligence Committee Was*

         *Flagged by GOP Member Based on 'Coincidence'*, Wash. Post, Oct. 21, 2006, at A4.

3.    Due to these sudden and evolving events, it is not clear that Petitioners would be able to meet the deadline for filing of their requested relief.  In addition to these professional commitments, Mr. Turley has a medical obligation related to his six-year-old son who is being treated for two broken bones in his left arm.

4.    Petitioner's Counsel attempted to confer with the United States Attorney originally assigned to this case, but was told that he is no longer with the office.  There was no response to a message left with the office by Petitioner's Counsel.

For the foregoing reasons, the Petitioners respectfully request an extension of time to file their proposal on or before November 14, 2006.

Respectfully submitted,

Jonathan Turley
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001
Counsel for Appellants

CERTIFICATE OF SERVICE

I hereby certify that, on October 26, 2006, true and correct copies of the foregoing

motion were sent by first-class United States mail, postage pre-paid, upon counsel for the

United States at the address listed below.

Troy Eid, Esq.
U.S. Attorney for the District of Colorado
1225 17th Street
Suite 700
Denver Colorado, 80202

Jonathan Turley
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001

Counsel for Appellants