UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch



Miscellaneous Action No.   96-Y-203

In re Special Grand Jury 89-2

---

ORDER

---

Pursuant to the sealed motion filed under seal on October 27, 2006, it is

ORDERED that petitioners are granted an extension of time, to and including November 14, 2006, within which to file a response to the Court's September 25, 2006 order.

DATED: October 30th, 2006

BY THE COURT:

Richard P. Matsch, Judge

CERTIFICATE OF MAILING

I certify that on October 30, 2006, a copy of the Order entered by Judge Richard P. Matsch on October 30, 2006, was mailed via U.S. Mail to the following:

Jonathan Robert Turley
George Washington University Law School
2000 H Street, N.W.
Washington, D.C. 20052

Kenneth E. Peck
Bette K. Bushell
1660 Lincoln St., #1450
Denver, CO 80264-1401

Troy Eid
U.S. Attorney
1225 17th St.
Denver, CO 80202

Robert J. Corry, Jr.
600 17th St., #2800 South Tower
Denver, CO 80202

GREGORY LANGHAM, Clerk

s/M. V. Wentz
By_____
Deputy