**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Miscellaneous Action No.     96-Y-203

In re Special Grand Jury 89-2

**FILED UNDER SEAL**

**PECK MOTION FOR EXTENSION OF TIME**

Kenneth E. Peck, by and through his attorney, files this Motion requesting an extension of time through and including November 14, 2006 in which to file his response to the Court's September 25, 2006 Order directing the parties to submit their views concerning the procedure to be followed and the relief to be requested by Mr. Peck. As grounds for granting this request, counsel for Mr. Peck states as follows:

1. Undersigned counsel has been engaged in a very heavy load of hearings, trials, and other court appearances throughout the month of October. Such matters were scheduled months in advance and could not be rescheduled.

2. The circumstances of this proceeding raises many first impression issues, which require counsel to perform additional research and analyze the potential interaction of potentially conflicting principles of law and procedure, as well as the Rule 6(e).

3. Counsel has attempted in good faith to prepare a responsive memorandum by October 31, as directed by the Court. Unfortunately, the memorandum has not yet been completed.

4. Counsel reasonably believes that she will be able to complete the memorandum by November 14, 2006.

FILED UNDER SEAL

5. Counsel has discussed this request for extension of time with the U.S. Attorney. He has advised counsel that the U.S. Attorney does not object to this additional request for an extension.

6. The Court has previously granted counsel for the remaining parties an extension of time through November 14 in which to file a responsive memorandum.

7. The interests of justice will be served by permitting counsel to have this brief extension of time through and including November 14, 2006.

Wherefore, Kenneth E. Peck respectfully requests an extension of time through and including November 14, 2006 in which to file his response to the Court's September 25 Order.

Date: October 21, 2006.

Respectfully submitted,

*s/ Bette K. Bushell*_____
Bette K. Bushell
Robert J. Corry, Jr.
Attorneys for Kenneth E. Peck
303 East Seventeenth Avenue
Suite 350
Denver, Colorado 80203

2

**FILED UNDER SEAL**

CERTIFICATE OF SERVICE

  I certify that on October 31, 2006 that a copy of the foregoing Motion was delivered via e-filing and first-class mail to the following persons:

Jonathan R. Turley
2000 H Street, N.W.
Washington, D.C. 20052

Troy Eid
U.S. Attorney
1225 Seventeenth Street
Denver, Colorado 80202

              *s/ Bette K. Bushell*
              Bette K. Bushell