UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Miscellaneous Action No.     96-Y-203

In re Special Grand Jury 89-2

___

## ORDER
___

Pursuant to the sealed motion filed under seal on October 31, 2006, it is

ORDERED that petitioner Kenneth E. Peck is granted an extension of time, to and including November 14, 2006, within which to file a response to the Court's September 25, 2006 order.

DATED: November 1st, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Judge