IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-Y-203

IN RE SPECIAL GRAND JURY NO. 89-2

**NOTICE OF ENTRY OF APPEARANCE**

COMES NOW James R. Allison, Assistant United States Attorney, and enters his appearance as counsel for the Government in the above-captioned action. Please include the undersigned counsel on all future correspondence, notices and pleadings in this case.

Dated this 15th day of November, 2006.

        Respectfully submitted,

        TROY A. EID
        United States Attorney

        By:   s/James R. Allison
        JAMES R. ALLISON
        Assistant U.S. Attorney
        United States Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0403
        E-mail: James.Allison2@usdoj.gov
        Attorney for the Government

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2006, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bette Kathryn Bushell
bkbesq@ecentral.com

Jonathan Robert Turley
jturley@law.gwu.edu

Robert John Corry, Jr.
robert.corry@comcast.net

s/ Veronica Contreras
VERONICA CONTRERAS
Legal Assistant to Judith Smith
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Phone: 303-454-0100
Fax: 303-454-0403
E-mail: Veronica.Contreras@usdoj.gov