IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-Y-203

IN RE SPECIAL GRAND JURY NO. 89-2

---

UNITED STATES' MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COURT'S ORDER
REGARDING FURTHER PROCEEDINGS AFTER REMAND

---

The United States of America, respondent herein, requests an extension of time, through and including January 16, 2007, to submit its position regarding procedures to be followed after remand of this matter from the Court of Appeals. In support of this motion, the government states:

1. The mandate of the United States Court of Appeals for the Tenth Circuit was received in this court on August 9, 2006 (doc. 93). The Tenth Circuit reversed this court's holding that it lacked jurisdiction to consider petitioners' claims and remanded to allow this court to make additional findings.

2. On September 25, 2006, this court issued an Order for Further Proceedings After Remand (doc. 94), directing that "counsel in this matter shall submit their respective views as to the procedures to be followed. In that

regard, the petitioners shall set forth with some specificity what relief is being sought under the exceptions to secrecy in Rule 6(e)(3) and what relief is sought under the claimed inherent authority of the court."

3. These submissions were ordered to be filed on or before October 31, 2006. Counsel for petitioners sought and received an extension of time and filed their submission on November 14, 2006 (doc. 100).

4. The U.S. Attorney's Office was unaware the court's Order had been entered and thus did not respond. The undersigned Assistant United States Attorney learned of this failure at approximately 8:00 a.m. on today's date. The Office deeply regrets this oversight, which occurred after counsel representing the United States, Jerry N. Jones, departed the U.S. Attorney's Office. This was in early July, 2006, prior to remand of the case from the Tenth Circuit. The certificate of service attached to the court's 9/25/06 Order, issued after remand, shows service only upon Mr. Jones. Although the docket sheet lists the United States Attorney, Troy A. Eid, as an attorney to be noticed under the ECF filing system, it is unclear at this time who in the U.S. Attorney's office received electronic notice of the court's Order. The Office is conducting an inquiry to determine how this oversight occurred in order to take steps to prevent it from happening again.

5. None of the government counsel who participated in the Grand Jury

Investigation or who substantially participated in the proceedings before this Honorable Court are still employed with the United States Attorney's Office. Therefore, at present, no attorneys within the U.S. Attorney's Office are sufficiently familiar with these complex proceedings to be able to take a position on behalf of the government. The United States therefore requests an extension of time to respond to the court's Order through and including January 16, 2007. This amount of time is necessary for new counsel to be assigned and to become familiar with the case.

  6.  Counsel for the petitioners, Ms. Bette Bushell, has been contacted and indicates the petitioners have no objection to this court granting the extension of time requested by the United States.

  Therefore, for the reasons set forth above, the United States respectfully requests an extension of time, through and including January 16, 2007, to respond to the court's Order regarding further proceedings after remand.

Respectfully Submitted,

TROY A. EID
United States Attorney

s/ James R. Allison
By: James R. Allison
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:(303) 454-0100
Fax: (303) 454-0404
E-mail: james.allison2@usdoj.gov

Counsel for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 15th, 2006, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

Bette Kathryn Bushell
bkbesq@ecentral.com

Jonathan Robert Turley
jturley@law.gwu.edu

Robert John Corry, Jr.
robert.corry@comcast.net

TROY A. EID
United States Attorney

s/ James R. Allison
By: James R. Allison
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:(303) 454-0100
Fax: (303) 454-0404
E-mail: james.allison2@usdoj.gov

Counsel for Plaintiff
United States of America