**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge Richard P. Matsch

IN RE                                                        96 Y 203

SPECIAL GRAND JURY 89-2

---

**NOTICE OF CORRECTED SIGNATURE PAGE**

---

Appellants hereby give notice that, due to an administrative oversight, the signature line of their electronically filed Statement of Relief was left blank. The attached corrected signature page contains the typed name of counsel in compliance with local rules.

                                                Respectfully submitted,

                                                _s/Jonathan Turley_____
                                                Jonathan Turley
                                                2000 H St., N.W.
                                                Washington, D.C. 20052
                                                (202) 994-7001
                                                Counsel for Petitioners

# CERTIFICATE OF SERVICE

      I hereby certify that, on November 16, 2006 I electronically filed the foregoing Notice of Corrected Signature Page with the Clerk of the Court using the ECF system which will send notification of filing to the following:

Bette Kathryn Bushell
bkbesq@ecentral.com

Robert John Corry, Jr.
Robert.corry@comcast.net

James R. Allison
James.allison2@usdoj.gov

     s/Jonathan Turley
Jonathan Turley
2000 H St., N.W.
Washington, DC 20052
(202) 994-7001
Counsel for Appellants

-- 2 --