that can, with some possible redactions, be released in the public interest without compromising the core values of the federal grand jury. More importantly, these two documents are highly instructive for the Petitioners in the scope of any future public comments. They offer the public and the Petitioners a comprehensive account of the misconduct allegations that led to this historic controversy.

Petitioners respectfully submit that it is time now for the public to learn the reasons for this unprecedented struggle of citizens to carry out the oaths that they took on August 1, 1987. It is an obligation to the public and to God that was invoked often by the former grand jurors, who have sought a great personal cost to fulfill their duties to themselves and the people of Colorado.

Respectfully submitted,

s/Jonathan Turley
Jonathan Turley
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001
Counsel for Petitioners