IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Miscellaneous Action No.   96-y-00203-RPM

In re Special Grand Jury 89-2

## ORDER

Upon consideration of the United States' Motion for Extension of time to Respond to the Court's Order Regarding Further Proceedings after Remand (Doc. #103), filed on November 15, 2006, it is

ORDERED that the motion is granted and the United States is granted an extension to and including January 16, 2007, to respond and it is

FURTHER ORDERED that a hearing on the responses to this Court's Order for Further Proceedings after Remand is scheduled for **Thursday, February 1, 2007, at 10:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated: November 20, 2006

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge