**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Miscellaneous Action No. 96-y-00203-RPM

In re Special Grand Jury 89-2

---

**NOTICE OF ENTRY OF APPEARANCE FOR THE GOVERNMENT**

---

Plaintiff United States of America hereby gives notice that John Haried, Assistant United States Attorney, hereby enters his appearance in this matter.

Respectfully submitted,

TROY A. EID
United States Attorney

By:   s/ *John Haried*
John Haried
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
Email: john.haried@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

        I hereby certify that on this 13th day of December, 2006, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system. The following individuals have entered an appearance, but according to the Court's CM/ECF system have not enrolled for electronic notification, so paper copies were mailed to them:

Bette Kathryn Bushell
Bushell & Peck, L.L.C.
303 East 17th Avenue, #350
Denver, CO 80203

Joan Marie Manley
George Washington University Law School
2000 H Street, N.W.
Washington, D.C.  20052

Jonathan Robert Turley
George Washington University Law School
2000 H Street, N.W.
Washington, D.C.  20052

Robert John Corry, Jr.
Law Office of Robert J. Corry, Jr.
303 E. 17th Avenue, Suite 350
Denver, CO 80203


                          By:    *s/ John Haried*
                                  JOHN HARIED