UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

---

**Government's Motion for an Extension of Time
to Respond to the Grand Jurors' Statements of Relief Following Remand,
and to Continue the Hearing on the Parties' Statements**

---

The United States, by Assistant U.S. Attorney John Haried, hereby requests an extension of time to respond to the grand jurors' Statements of Relief, and further requests a continuance of the February 1, 2007, hearing on the parties' statements, for the following reasons:

1. The Tenth Circuit remanded the case to the District Court on August 9, 2006.

2. Pursuant to the Court's order, the grand jurors filed their statements of position on November 14, 2006.

3. On November 15, 2006, the government requested an extension of time to file its position. On November 20, 2006, the Court granted that extension until January 16, 2007, and set a hearing for February 1, 2007, at 10 a.m.

4. On December 13, 2006, at the direction of the U.S. Attorney, undersigned counsel entered his appearance in this case.

5. At that time, undersigned counsel erroneously was told by employees of the U.S. Attorney's Office that the government's response was due February 1, 2007.

6. Yesterday, while preparing the government's pleading, undersigned counsel discovered the Court's November 20, 2006, order stating that the government's response was due January 16.

7. Undersigned counsel has no experience with this case. None of the prosecutors who participated in the grand jury investigation of Rocky Flats presently work for the Department of Justice. During the appeal to the Tenth Circuit, the United States was represented by Jerry N. Jones. In June 2006, Mr. Jones was appointed to the Colorado Court of Appeals.

8. Additionally, the legal issues presented here are not only novel and complex, but are based upon an extensive factual record spanning 17 years and consisting of thousands of pages. Undersigned counsel is learning that record, but needs additional time to cogently address the issues raised.

9. The government requests an extension until Tuesday, February 13, 2007, to file its statement of position.

10. Today, undersigned counsel spoke to Bette Bushell, counsel for petitioner Kenneth Peck, who stated that she has no objection to this motion. Undersigned counsel attempted to contact counsel Jonathan Turley by telephone without success.

For these reasons, the government requests an extension of time until February 13, 2007, and requests that the Court continue the hearing until after that date.

Respectfully submitted on January 24, 2007.

Troy A. Eid
United States Attorney

 s/ John Haried
John M. Haried
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Phone: (303) 454-0100
Email: john.haried@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24TH day of January, 2007, I electronically filed the foregoing **Government's Motion for an Extension of Time to Respond to the Grand Jurors' Statements of Relief Following Remand, and to Continue the Hearing on the Parties' Statements** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bette K. Bushell
bkbesq@ecentral.com

Jonathan R. Turley
jturley@law.gwu.edu

Robert J. Corry, Jr.
Robert.corry@comcast.net

                                              s/John Haried
                                              John Haried
                                              Assistant United States Attorney