IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Miscellaneous Action No. 96-y-00203-RPM

In re Special Grand Jury 89-2

_____

ORDER DENYING GOVERNMENT'S MOTION FOR EXTENSION OF TIME AND DIRECTING
APPEARANCE OF THE UNITED STATES ATTORNEY
_____

The United States Court of Appeals for the Tenth Circuit issued its mandate to this court on August 9, 2006, directing further proceedings in accordance with the opinion of that court entered on June 15, 2006.  Pursuant to that mandate, this Court entered an order for further proceedings on September 25, 2006, directing counsel to submit their respective views with respect to the procedure to be followed on or before October 31, 2006, and directed the petitioners to set forth with some specificity the relief sought under the exceptions to secrecy in Rule 6(e)(3) and what is requested under the inherent authority of the court referred to by the Court of Appeals.  The petitioners sought extensions of time which this Court granted and on November 14, 2006, Jonathan Turley, as counsel for petitioners other than Kenneth Peck, filed a Petitioners' Statement of Relief.  Mr. Peck filed separately on November 14, 2006, through his attorney Bette K. Bushell.

On November 15, 2006, the United States, appearing by Assistant United States Attorney James R. Allison for United States Attorney Troy A. Eid, sought an extension of time to respond to the Court's order.  Included in that motion is the following paragraph:

> The U.S. Attorney's Office was unaware the court's Order had been entered and thus did not respond.  The undersigned Assistant United States Attorney learned of this failure at approximately 8:00 a.m. on today's date.  The Office deeply regrets this oversight, which occurred after counsel representing the United States, Jerry N. Jones, departed the U. S. Attorney's Office.  This was in early July, 2006, prior to remand of the case from the Tenth Circuit.  The certificate of service attached to the court's 9/25/06 Order, issued after remand,

> shows service only upon Mr. Jones. Although the docket sheet lists the United States Attorney, Troy A. Eid, as an attorney to be noticed under the ECF filing system, it is unclear at this time who in the U.S. Attorney's office received electronic notice of the court's Order. The Office is conducting an inquiry to determine how this oversight occurred in order to take steps to prevent it from happening again.

There having been no opposition, on November 20, 2006, this Court entered an order granting the motion by extending to January 16, 2007, the time for filing a response to the order of September 25, 2006.

On January 24, 2007, Assistant United States Attorney John M. Haried, appearing on behalf of the United States Attorney Troy A. Eid, filed a motion for another extension of time for the United States to file its position in response to the order, which motion contains the following two paragraphs:

> At that time, undersigned counsel erroneously was told by employees of the U.S. Attorney's Office that the government's response was due February 1, 2007.

> Yesterday, while preparing the government's pleading, undersigned counsel discovered the Court's November 20, 2006, order stating that the government's response was due January 16.

The request seeks an extension to February 13, 2007, to file the statement of position and requests the Court continue the hearing scheduled for February 1, 2007.

These motions for extension of time appear on their face to be the result of a failure of the United States Attorney to give adequate attention to the directions of this Court and the issues raised as a result of the opinion of the Tenth Circuit Court of Appeals which are novel and which have far reaching consequences with respect to the conduct of grand jury proceedings. It is now

ORDERED that the motion to extension of time is denied and that at the hearing on February 1, 2007, at 10:00 a.m., United States Attorney Troy A. Eid will personally appear together with Assistant United States Attorneys James R. Allison and John Haried to explain

the failure to respond to this Court's order and to submit the Government's response to the statements of position filed by the former grand jurors.

DATED:   January 25th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge

CERTIFICATE OF SERVICE

      I hereby certify that on January 25, 2007, I hand delivered to the United States Attorneys Office, 1225 17th, 7th Floor, Denver, Colorado, copies of the Order Denying Government's Motion for Extension of Time and Directing Appearance of the United States Attorney, filed on January 25, 2007, addressed to the following:

Troy A. Eid  
United States Attorney

James R. Allison  
Assistant United States Attorney

John Haried  
Assistant United States Attorney

                              GREGORY C. LANGHAM, Clerk

                              s/J Chris Smith  
                   By_____  
                              Deputy