**FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-Y-203-M

In re Special Grand Jury 89-2

---

## ENTRY OF APPEARANCE

---

Kenneth E. Peck hereby enters his appearance as co-counsel for himself in this matter, along with co-counsel Bette K. Bushell, Esq.

Date:   January 29, 2007

Respectfully submitted,

*(Original signature on file at the law firm of Bushell & Peck, L.L.C.)*

KENNETH E. PECK
Kenneth E. Peck, Reg. 9893
303 East Seventeenth Street
Suite 350
Denver, Colorado  80203
(303) 785-8585
kenpeck@bushellandpeck.com

## CERTIFICATE OF SERVICE

I hereby certify that on 29th day of January, 2007, a true and correct copy of the

above **ENTRY OF APPEARANCE** was e-filed and served on the following:

Troy A. Eid Esq.
James R. Allison, Esq.
John Haried, Esq.
United States Attorneys
1225 Seventeenth Street, Suite 700
Denver, CO 80202

Jonathan Turley, Esq.
George Washington University Law School
2000 H Street, N.W.
Washington, DC 20052

> *(Original signature on file at the
> law firm of Bushell & Peck, L.L.C.)*

> _KENNETH E. PECK_
> Kenneth E. Peck, Esq.