# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

---

### ORDER TO SEAL

---

Upon the motion of the United States of America, and for good cause shown, IT IS

ORDERED that the Government's Motion to Seal, this Order and the Government's Statement Regarding Procedures on Remand, as well as any order issued by this Court in disposition of the Government's Statement Regarding Procedures on Remand are hereby sealed against everyone except attorneys and employees of the Office of the U.S. Attorney, and the other parties to this litigation.

DATED this ___ day of _____, 2007.

                                            BY THE COURT:

                                            _____
                                            UNITED STATES DISTRICT JUDGE
                                            UNITED STATES DISTRICT COURT
                                            DISTRICT OF COLORADO