# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

---

### MOTION TO SEAL DOCUMENT NUMBERS 110 and 111

---

The United States, by John Haried, Assistant United States Attorney, files this Motion to Seal and states as follows:

The government asks that Documents #110 and #111 and any order resulting from those documents be sealed until further order of the Court.

WHEREFORE, the United States asks this Honorable Court to issue an order sealing, until further order of the Court, Documents #110 and #111.

    Respectfully submitted,

    TROY A. EID
    United States Attorney


    BY: <u>s/ John Haried</u>
    John Haried
    Assistant United States Attorney
    U.S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, CO 80202
    Telephone: (303) 454-0100
    FAX: (303) 454-0402
    E-mail: john.haried@usdoj.gov
    Attorney for Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29TH day of January, 2007, I electronically filed the foregoing **Government's Motion to Seal** under seal with the Clerk of the Court using the CM/ECF system, and sent notification of such filing to opposing counsel at the following e-mail addresses and by fax:

Bette K. Bushell
bkbesq@ecentral.com

Jonathan R. Turley
jturley@law.gwu.edu

                                                                           s/John Haried
                                                                           John Haried
                                                                           Assistant United States Attorney