# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

---

### ORDER TO SEAL DOCUMENT NUMBERS 110 and 111

---

The Court has for consideration the government's Motion to Seal Documents #110 and #111 wherein the government asks this Court to seal Documents #110 and #111, and any order resulting from Documents #110 and #111. Upon consideration, it is

ORDERED that Documents #110 and #111 and any order issued by this Court with regard to those documents are hereby sealed until further order of this Court.

IT IS SO ORDERED on this_____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO