**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date: February 1, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Miscellaneous Action No. 96-y-00203-RPM

In re Special Grand Jury 89-2                   Jonathon R. Turley
                                                Bette K. Bushell
                                                Troy A. Eid
                                                John M. Haried
                                                James R. Allison

_____

### COURTROOM MINUTES
_____

**Hearing on Responses to Court's Order**

**10:00 a.m.    Court in session.**

Kenneth Peck present.

Court's preliminary remarks.
Court's statements and perspective of the state of the record and advises counsel of its concerns.

Statement by Mr. Allison.
Statement by Mr. Haried.

10:27 a.m.    Argument by Mr. Turley.

10:51 a.m.    Argument by Mr. Peck.
11:15 a.m.    Argument by Mr. Eid.
11:27 a.m.    Argument by Mr. Haried.

**ORDERED:    Government has until March 5, 2007 (30 days) to supplement its response.**

11:33 a.m.    Further argument by Mr. Turley.
11:40 a.m.    Further argument by Mr. Haried.

**ORDERED:    Counsel have until February 6, 2007 to file under seal names of individuals that may need to be noticed.**

11:41 a.m.    Statement by Mr. Peck.

**ORDERED:    Plaintiffs have 30 days after the filing of government's supplement to file a reply.**

**ORDERED:    Counsel have 10 days to determine which pleadings may be unsealed.**

**ORDERED:    Government's Motion to Seal Document Numbers 110 and 111, filed January 29, 2007 (112), is denied.**

**11:45 a.m.    Court in recess.**     Hearing concluded.  Total time: 1 hr. 45 min.