UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-y-00203-M

In re Special Grand Jury 89-2                           Filed Under Seal

**Petitioners' Statement re: Persons to Receive Notice**

The United States, by Assistant U.S. Attorney John Haried, submits the petitioners' statement concerning which persons should receive notice of these proceedings:

1. At Mr. Turley's and Mr. Peck's request, the government prepared and filed this statement.

2. The petitioners designated the following persons as those about whom they seek to make disclosures:

   a. Michael J. Norton [formerly United States Attorney]
      Burns, Figa, and Will, P.C.
      6400 S. Fiddlers Green Circle, Suite 1000
      Greenwood Village, CO 80111

   b. Ken Scott [(f/k/a Ken Fimberg) formerly Assistant U.S. Attorney]
      Care of United States Attorney's Office
      Attention: John Haried
      1225 17th Street, #700
      Denver, CO 80202

   c. Peter Murtha [formerly Trial Attorney, Environmental Crimes Section, U.S. Department of Justice]
      Care of Mary S. Andrews
      Office of Civil Enforcement
      U.S. Environmental Protection Agency - Ariel Rios Building S.
      1200 Pennsylvania Avenue NW -- Room 4144B (Mail Code 2246A)
      Washington, DC  20004-2403

3. Government counsel contacted these three individuals and inquired where they

would like to be served with notice.  The addresses listed above are at their request.

Respectfully submitted on February 7, 2007.

               Troy A. Eid
               United States Attorney

               s/ John Haried
               John Haried
               Assistant United States Attorney
               1225 Seventeenth Street, Suite 700
               Denver, Colorado 80202
               Phone: (303) 454-0100
               Email: john.haried@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7TH day of February, 2007, I electronically filed the foregoing **Petitioners' Statement Re: Persons to Receive Notice** under seal with the Clerk of the Court using the CM/ECF system, and sent notification of such filing to opposing counsel at the following e-mail addresses and by fax:

Kenneth Peck
kenpeck@bushellandpeck.com

Bette K. Bushell
bkbesq@ecentral.com

Jonathan R. Turley
jturley@law.gwu.edu

                                        s/John Haried
                                        John Haried
                                        Assistant United States Attorney