IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

---

**MOTION TO SEAL**

---

The United States of America, by Troy A. Eid, United States Attorney for the District of Colorado, and through John Haried, Assistant United States Attorney, moves the Court to enter an Order sealing the Petitioners' Statement Re: Persons to Receive Notice, this Motion to Seal, the Order to Seal, and any Order resulting from the Petitioners' Statement Re: Persons to Receive Notice, and as grounds therefor states:

1.  The Petitioners' Statement Re: Persons to Receive Notice and this motion have been filed as a part of on-going litigation concerning a grand jury matter.

2.  The release of the information in the Petitioners' Statement Re: Persons to Receive Notice would tend to reveal grand jury matters.

WHEREFORE the Government moves this Honorable Court to enter an Order sealing the Petitioners' Statement Re: Persons to Receive Notice, this Motion to Seal, and any order issued by this Court with regard to the Petitioners' Statement Re: Persons to Receive Notice, against everyone except attorneys and employees of the Office of the U.S. Attorney, and the other parties to this litigation.

Respectfully submitted,

TROY A. EID
United States Attorney


BY: s/ John Haried
John Haried
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0402
E-mail: john.haried@usdoj.gov
Attorney for Government

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 7TH day of February, 2007, I electronically filed the foregoing **Motion to Seal** under seal with the Clerk of the Court using the CM/ECF system, and sent notification of such filing to opposing counsel at the following e-mail addresses:

Kenneth Peck
kenpeck@bushellandpeck.com

Bette K. Bushell
bkbesq@ecentral.com

Jonathan R. Turley
jturley@law.gwu.edu

             s/John Haried
             John Haried
             Assistant United States Attorney