**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

### ORDER TO SEAL

Upon the motion of the United States of America, and for good cause shown, IT IS

ORDERED that the Government's Motion to Seal, this Order and the Petitioners' Statement Re: Persons to Receive Notice, as well as any order issued by this Court in disposition of the Petitioners' Statement Re: Persons to Receive Notice, are hereby sealed against everyone except attorneys and employees of the Office of the U.S. Attorney, and the other parties to this litigation.

DATED this ___ day of _____, 2007.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO