IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

---

**MOTION TO SEAL DOCUMENT NUMBERS 115 and 116**

---

The United States, by John Haried, Assistant United States Attorney, files this Motion to Seal and states as follows:

The government asks that Documents #115 and #116 and any order resulting from those documents be sealed until further order of the Court.

WHEREFORE, the United States asks this Honorable Court to issue an order sealing, until further order of the Court, Documents #115 and #116.

Respectfully submitted,

TROY A. EID
United States Attorney

BY: s/ John Haried
John Haried
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0402
E-mail: john.haried@usdoj.gov
Attorney for Government

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7TH day of February, 2007, I electronically filed the foregoing **Government's Motion to Seal** under seal with the Clerk of the Court using the CM/ECF system, and sent notification of such filing to opposing counsel at the following e-mail addresses:

Kenneth Peck
kenpeck@bushellandpeck.com

Bette K. Bushell
bkbesq@ecentral.com

Jonathan R. Turley
jturley@law.gwu.edu

                                          s/John Haried
                                          John Haried
                                          Assistant United States Attorney