IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

---

**ORDER TO SEAL DOCUMENT NUMBERS 115 and 116**

---

The Court has for consideration the government's Motion to Seal Documents #115 and #116 wherein the government asks this Court to seal Documents #115 and #116, and any order resulting from Documents #115 and #116. Upon consideration, it is

ORDERED that Documents #115 and #116 and any order issued by this Court with regard to those documents are hereby sealed until further order of this Court.

IT IS SO ORDERED on this ____ day of _____, 2007.

 

UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO