# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-y-00203-RPM

**In re Special Grand Jury 89-2**

---

### ORDER TO SEAL DOCUMENT NUMBER 115

---

Pursuant to the motions to seal (Documents #116 and #117), it is

ORDERED that Document #115 is hereby sealed and it is

FURTHER ORDERED that Document #116 is not sealed.

DATED: February 8th, 2007.

                                          s/Richard P. Matsch

                                          Richard P. Matsch, Senior Judge