IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-y-00203-RPM

**In re Special Grand Jury 89-2**

## ORDER TO SEAL DOCUMENT NUMBER 115

Pursuant to the motions to seal (Documents #116 and #117), it is

ORDERED that Document #115 is hereby sealed and it is

FURTHER ORDERED that Document #116 is not sealed.

DATED:  February 8th, 2007.

                                                  s/Richard P. Matsch

                                                  Richard P. Matsch, Senior Judge