UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

**Government's List of Pleadings to Unseal**

The United States, by Assistant U.S. Attorney John Haried, submits the following list of the pleadings which the government believes can be unsealed without disclosing grand jury matters:

1. The government has no objection to the Court unsealing the following pleadings identified by each pleading's or order's docket number:

    - 4 and 5
    - 9 and 10
    - 13
    - 15 and 16
    - 21 through 39
    - 41
    - 48 and 49
    - 55
    - 58 through 65
    - 68 and 69
    - 71 through 75
    - 90 and 92
    - 93 through 99
    - 102 through 112

2. With respect to the remaining pleadings, the Tenth Circuit explicitly stated that the parties' pleadings are subject to Rule 6(e), with the sole exception being "purely legal argument." The Tenth Circuit noted that the legal arguments already have been sufficiently disclosed in this Court's and the

Tenth Circuit's opinions. *In re Special Grand Jury 89-2*, 450 F.3d 1159, 1175-1176 (10th Cir. 2006) ("Of course, purely legal argument, without reference to what occurred before the grand jury, needs no protection. But the district court's public orders, as well as this opinion, adequately disclose those matters."). To that end, the government is recommending that the Court unseal Docket #71, the Court's March 12, 2004, Order denying the petitioners' request for relief. This Court has already ordered public disclosure of the government's January 29, 2007, response, Docket #110. Any further parsing of the parties' sealed pleadings to segregate "purely legal argument" from other matters would require the attorneys on both sides to expend dozens of hours combing hundreds of pages of pleadings, it would embroil the parties and the Court in litigating any disputed passages, and, ultimately, it would yield little in the way of increased transparency of the process. Thus far, the petitioners have not identified which specific pleadings – or which portions of pleadings – they contend should be released, undoubtably because of the vast resources required for such an undertaking.

2

3

Respectfully submitted on February 12, 2007.

        Troy A. Eid
        United States Attorney

        <u>s/ John Haried</u>
        John Haried
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Phone: (303) 454-0100
        Email: john.haried@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12TH day of February, 2007, I electronically filed the foregoing **Government's List of Pleadings to Unseal** with the Clerk of the Court using the CM/ECF system, and sent notification of such filing to opposing counsel at the following e-mail addresses:

Kenneth Peck
kenpeck@bushellandpeck.com

Bette K. Bushell
bkbesq@ecentral.com

Jonathan R. Turley
jturley@law.gwu.edu

                                                    s/John Haried
                                                    John Haried
                                                    Assistant United States Attorney