UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-Y-203

**In re Special Grand Jury 89-2**

---

### MOTION TO WITHDRAW OF ROBERT J. CORRY, JR.

---

Robert J. Corry, Jr., as one of the attorneys for the Petitioner Kenneth E. Peck, respectfully moves this Court to enter an Order approving his withdrawal from this matter. As grounds for granting this Motion, counsel state:

1.      Robert J. Corry, Jr., desires to withdraw as counsel for the Petitioner Kenneth Peck. Mr. Corry files this motion because he withdrew from the firm of Bushell & Peck, L.L.C. in December of 2006. His new mailing address is 600 Seventeenth Street, Suite 2800 South Tower, Denver, Colorado 80202.

2.      Bette K. Bushell and Kenneth E. Peck of the firm of Bushell & Peck, L.L.C. will continue as counsel for Kenneth Peck in this matter.

3.      Mr. Peck understands the necessity for filing this Motion.

4.      The Court retains jurisdiction in this matter.

5.      Mr. Peck has been informed that all dates of any proceedings will not be affected by the withdrawal of Mr. Corry as counsel.

6.      Mr. Peck has been informed that he has 15 days from the date of this filing to object to counsel's withdrawal.

Wherefore, Mr. Robert J. Corry, Jr., hereby requests this Court grant his Motion to Withdraw in this matter.

Date:  February 12, 2007.

Respectfully submitted,

Robert J. Corry, Jr.

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Withdraw was delivered via e-filing on February 13, 2007 to the following persons:

MAGISTRATE JUDGE PATRICIA A. COAN
901 19th Street
Denver, Colorado 80294

Mr. Jonathan R. Turley
2000 H Street, N.W.
Washington, D.C. 20052

Mr. Troy Eid
Mr. John Haried
U.S. Attorney
1225 Seventeenth Street
Denver, Colorado 80202

Bette K. Bushell