UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-Y-203

**In re Special Grand Jury 89-2**

### NOTICE TO THE PETITIONER KENNETH PECK OF INTENT TO WITHDRAW OF ROBERT J. CORRY, JR.

To:   Kenneth E. Peck
      303 East Seventeenth Street
      Suite 350
      Denver, Colorado  80202

Please be advised that the Robert J. Corry, Jr., has filed a Motion to Withdraw from this matter. You are hereby notified of the following:

1.   The United States District Court for the District of Colorado retains jurisdiction in this matter.

2.   Bette K. Bushell and Kenneth E. Peck of the firm of Bushell & Peck, L.L.C. will continue as counsel for you in this matter.

3.   The dates of any proceedings and the holding of such proceedings will not be affected by the withdrawal of counsel.

4.   The Petitioner has a right to object to this Motion to Withdraw within 15 days of the date of this notice.

Date: February 12, 2007.

Respectfully submitted,

*/s/ Robert J. Corry, Jr.*
Robert J. Corry, Jr.

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing Notice was delivered via e-filing on February 13, 2007 to the following persons:

MAGISTRATE JUDGE PATRICIA A. COAN
901 19th Street
Denver, Colorado 80294

Mr. Jonathan R. Turley
2000 H Street, N.W.
Washington, D.C. 20052

Mr. Troy Eid
Mr. John Haried
U.S. Attorney
1225 Seventeenth Street
Denver, Colorado 80202

*Bette K. Bushell*
Bette K. Bushell