IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLORADO

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

---

## MOTION TO SEAL DOCUMENT NUMBER 120

---

The law firm of Bushell & Peck, L.L.C., by Bette K. Bushell, files the Motion to Seal and states as follows:

The law firm of Bushell & Peck, L.L.C. asks that Document #120 and any order resulting from those documents be sealed until further order of the Court.

WHEREFORE, the law firm of Bushell & Peck, L.L.C. asks this Honorable Court to issue an order sealing, until further order of the Court, Document #120.

Respectfully submitted,

BUSHELL & PECK, L.L.C.

*(Original signature on file at the law firm of Bushell & Peck, L.L.C.)*

/S/ BETTE K. BUSHELL
Bette K. Bushell, Esq.
Bushell & Peck, L.L.C.
303 East Seventeenth Avenue
Suite 350
Denver, Colorado 80203
Telephone: 303-785-8585
FAX: 303-860-0430
E-mail: bettebushell@bushellandpeck.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day of 13th of February, 2007, I electronically filed the foregoing Motion to Seal under seal with the Clerk of the Court using the CM/ECF system, and sent notification of such filing to opposing counsel at the following e-mail addresses and by fax:

James R. Allison
James.allison2@usdoj.gov

Jonathan Robert Turley
jturley@law.gwu.edu

Troy Andrew Eid
troy.eid@usdoj.gov

/s/ BETTE K. BUSHELL
Bette K. Bushell, Esq.
Bushell & Peck, L.L.C.