**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge Richard P. Matsch

IN RE                                                                                       96 Y 203

SPECIAL GRAND JURY 89-2

PETITIONERS' FIRST MOTION FOR EXTENSION OF TIME TO FILE
A LIST OF DOCUMENTS TO BE UNSEALED

Pursuant to Local Rule 6.1, Petitioners respectfully request an extension of time until February 23, 2007 to file a list of pleadings that can be unsealed pursuant to the Court's February 1, 2007 order, on the grounds below:

1. A week ago, Petitioners' Counsel's mother was taken in for surgery after experiencing severe pain. It was necessary to replace her hip.

2. Counsel was required to be with her in Chicago and to reschedule filings and events in the last ten days.

3. Counsel for the United States was consulted and does not oppose this extension.

Respectfully submitted,

s/Jonathan Turley
Jonathan Turley
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001
Counsel for Appellants

CERTIFICATE OF ELECTRONIC SERVICE

  I hereby certify that, on February 13, 2007, true and correct copies of the foregoing motion were electronically filed with the clerk of court using the CM/ECF system.

Notification was sent via e-mail by the system to the following individuals.

Troy Eid, Esq.
John Haried
U.S. Attorney for the District of Colorado
1225 17th Street
Suite 700
Denver Colorado, 80202

Bette K. Bushell
303 East Seventeenth Ave.
Suite 350
Denver, CO 80203

    s/Jonathan Turley
    Jonathan Turley
    2000 H St., N.W.
    Washington, D.C. 20052
    (202) 994-7001

    Counsel for Appellants