## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF COLORADO

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

### ORDER TO SEAL DOCUMENT NUMBER 120

The Court has for consideration the Motion to Seal Document #120 wherein the law firm of Bushell & Peck, L.L.C asks this Court to seal Document #120, and any order resulting from Document #120. Upon Consideration, it is

ORDERED that Document #120 and any order issued by this Court with regard to those documents are hereby sealed until further order of this Court.

IT IS SO ORDERED on this _13th_ day of _February_, 2007

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO