IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Miscellaneous Action No.    96-y-00203-RPM

In re Special Grand Jury 89-2

ORDER

Upon consideration of Petitioners' First Motion for Extension of Time to File a List of Documents to be Unsealed (Doc. #124), filed on February 13, 2007, it is

ORDERED that the motion is granted to and including February 23, 2007.

Dated: February 13th , 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge