IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Miscellaneous Action No.    96-y-00203-RPM

In re Special Grand Jury 89-2

---

ORDER GRANTING MOTION TO WITHDRAW

---

      Upon consideration of the Motion to Withdraw of Robert J. Corry, Jr., (Doc. #122), filed on February 13, 2007, it is

      ORDERED that the motion is granted and Robert J. Corry has no further responsibilities as counsel for Kenneth E. Peck in this matter.

      Dated: February 13th 2007

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge