**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

---

**Government's Motion for Extension of Time to File Brief**

---

The United States, by Assistant U.S. Attorney John Haried, moves for an 18-day extension of time to file its brief, for the following reasons:

1.  The Court directed the government to file a brief by March 5, 2007, addressing the former grand jurors' request to disclose the "Turley Proffer" and other issues.

2.  Government counsel has worked on the brief almost exclusively since the hearing on February 1.  However, even with the exercise of due diligence, government counsel needs the additional 18 days for these reasons:

    a.  Government counsel is engaged in a pending criminal case before this Court, *U.S. v. Mattar, Boyd, Grace, Baetz, and Gallant,* 03 cr 00232-RPM.  Today, the Court ordered counsel to file a sentencing brief by March 14, 2007.  That brief will address sentencing issues on all five defendants in a complex fraud case.  Counsel will be preparing the government's brief in this case and in that case simultaneously, but he needs the additional time to sufficiently master the facts and issues of this case to adequately advise the Court.

b.     The volume and complexity of the facts and law in this case are staggering.  Thus far, counsel has located 15,000 pages of grand jury transcripts.  The depositions of the former grand jurors run 743 pages.  The relevant court pleadings are several hundred pages.  There are six District Court and Tenth Circuit opinions.  The applicable statutes are among the most complex federal laws on the books – the Resource Conservation and Recovery Act (RCRA), the Clean Water Act (CWA), and the Atomic Energy Act.  Further, the applicable law changed over the relevant time period.  Undersigned counsel does not intend to read and master all of this information, but until government counsel has a working familiarity with this information he cannot separate the relevant from the irrelevant and adequately advise the Court on the facts and law.

c.     The Department of Justice has been notified.  It needs the additional time to evaluate the issues, too.

d.     Undersigned counsel does not yet know whether the grand jury transcripts he has located are a complete set.  The Court's deputy, Mr. Smith, has requested the Court's files from archives to determine whether additional grand jury transcripts can be located.  Those files have not arrived, yet.

3.     Government counsel discussed this request for an extension to March 23 with Mr. Peck, Ms. Bushell, and Mr. Turley, who stated they have no objection.

3

Respectfully submitted on February 21, 2007.

Troy A. Eid
United States Attorney

s/ John Haried
John Haried
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Phone: (303) 454-0100
Email: john.haried@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2007, I electronically filed the foregoing **Government's Motion for Extension of Time to File Brief** with the Clerk of the Court using the CM/ECF system, and sent notification of such filing to opposing counsel at the following e-mail addresses:

Kenneth Peck
kenpeck@bushellandpeck.com

Bette K. Bushell
bkbesq@ecentral.com

Jonathan R. Turley
jturley@law.gwu.edu

s/John Haried
John Haried
Assistant United States Attorney

4