IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Miscellaneous Action No.    96-y-00203-RPM

In re Special Grand Jury 89-2

ORDER GRANTING EXTENSION OF TIME TO FILE BRIEF

Upon consideration of the Government's Motion for Extension of Time to File Brief (Doc. #128), filed on February 21, 2007, it is

ORDERED that the motion is granted to and including March 23, 2007.

Dated: February 22nd, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge