UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

### Government's Motion for Extension of Time to File Brief

The United States, by Assistant U.S. Attorney John Haried, moves for an extension of time until April 20, 2007, to file its brief, for the following reasons:

1. Presently, the government's brief is due Friday, March 23. Government counsel has worked on this case almost exclusively since the hearing on February 1, and made substantial progress on the government's brief.

2. On Tuesday, March 13, government counsel was notified by doctors of an emergency situation involving the medical condition and health of his daughter. Counsel had to fly immediately to California to address immediate medical issues. This situation will be on-going for at least a couple weeks more and will require counsel's time and attention. Government counsel has communicated about his situation with opposing counsel, and will address the details in a letter to the Court and opposing counsel so as to not disclose the medical information in a public pleading.

3. Because of these events, counsel has not been able to work on the government's brief or provide the Department of Justice attorneys a draft brief for their review.

4. Additionally, the Court's staff today provided government counsel with

newly located documents, including the Special Grand Jury's original 1992 report to Chief Judge Finesilver, together with the Special Grand Jury's presentments and proposed indictment. Those documents deserve some additional study.

5. Government counsel discussed this request for an extension to Friday, April 20, with Mr. Peck, Ms. Bushell, and Mr. Turley, who stated they have no objection.

Respectfully submitted on March 20, 2007.

                              Troy A. Eid
                              United States Attorney

                              s/ John Haried
                              John Haried
                              Assistant United States Attorney
                              1225 Seventeenth Street, Suite 700
                              Denver, Colorado 80202
                              Phone: (303) 454-0100
                              Email: john.haried@usdoj.gov

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2007, I electronically filed the foregoing **Government's Motion for Extension of Time to File Brief** with the Clerk of the Court using the CM/ECF system, and sent notification of such filing to opposing counsel at the following e-mail addresses:

Kenneth Peck
kenpeck@bushellandpeck.com

Bette K. Bushell
bkbesq@ecentral.com

Jonathan R. Turley
jturley@law.gwu.edu

                                              s/John Haried
                                              John Haried
                                              Assistant United States Attorney