# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

---

### Government's Motion for Extension of Time to File Brief

---

The United States, by Assistant U.S. Attorney John Haried, moves for an extension of time until May 18, 2007, to file its brief, for the following reasons:

1.   Presently, the government's brief is due Friday, April 20.  Government counsel has made substantial progress on the government's brief, but it is not ready to file.

2.   On Friday, April 13, 2007, government counsel was notified by doctors of an deteriorating situation involving the medical condition and health of a family member.  That situation requires counsel to be absent from work for at least several days, and perhaps longer.

3.   Government counsel has sent a letter by email to the Court and opposing counsel providing confidential details about the situation that gives rise to this motion.  Ms. Bushell, Mr. Peck, and Mr. Turley have responded, saying that they have no objection to this motion.

Respectfully submitted on April 16, 2007.

Troy A. Eid
United States Attorney

s/ John Haried
John Haried
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Phone: (303) 454-0100
Email: john.haried@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2007, I electronically filed the foregoing **Government's Motion for Extension of Time to File Brief** with the Clerk of the Court using the CM/ECF system, and sent notification of such filing to opposing counsel at the following e-mail addresses:

Kenneth Peck
kenpeck@bushellandpeck.com

Bette K. Bushell
bkbesq@ecentral.com

Jonathan R. Turley
jturley@law.gwu.edu

s/John Haried
John Haried
Assistant United States Attorney