UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Miscellaneous Action No.     96-Y-203

In re Special Grand Jury 89-2

## ORDER

Upon consideration of the Government's Motion for Extension of Time to File Brief (Doc. #133), filed on April 16, 2007, it is

ORDERED that the motion is granted to and including May 18, 2007.

DATED: April 16th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Judge