**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

---

**Government's Motion for Extension of Time to File Brief**

---

The United States, by Assistant U.S. Attorney John Haried, moves for a two-week extension of time until June 1, 2007, to file its brief, for the following reasons:

1. Presently, the government's brief is due Friday, May 18.  Government counsel has made substantial progress on the government's brief, and expects to forward a draft to the Department of Justice by May 18 and have the government's brief filed by June 1.

2. Since April 13, 2007, government counsel has been extensively involved in addressing a serious situation involving the medical condition and health of a family member.  That situation has required counsel to be absent from work for most of the last three weeks.

3. Government counsel has sent a letter by email to the Court and opposing counsel providing confidential details about the situation that gives rise to this motion.  Ms. Bushell, Mr. Peck, and Mr. Turley have responded, saying that they have no objection to this motion.

Respectfully submitted on May 10, 2007.

        Troy A. Eid
        United States Attorney

        s/ John Haried
        John Haried
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Phone: (303) 454-0100
        Email: john.haried@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of May, 2007, I electronically filed the foregoing **Government's Motion for Extension of Time to File Brief** with the Clerk of the Court using the CM/ECF system, and sent notification of such filing to opposing counsel at the following e-mail addresses:

Kenneth Peck
kenpeck@bushellandpeck.com

Bette K. Bushell
bkbesq@ecentral.com

Jonathan R. Turley
jturley@law.gwu.edu

                                                  s/John Haried
                                                  John Haried
                                                  Assistant United States Attorney