UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Miscellaneous Action No.     96-Y-203

In re Special Grand Jury 89-2

ORDER

Upon consideration of the Government's Motion for Extension of Time to File Brief (Doc. #135), filed on May 10, 2007, it is

ORDERED that the motion is granted to and including June 1, 2007.

DATED: May 11th , 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Judge