Case No. 1:96-y-00203-RPM   Document 137-2   filed 06/01/07   USDC Colorado   pg 1 of 1

p. 6
9/30/92

Rocky Mountain News ☆ Wed., Sept. 30, 1992

# Flats indictments quashed, grand jurors say

## U.S. attorney refused to cite Energy officials for environmental crime

**By Sue Lindsay**
*Rocky Mountain News Staff Writer*

The special grand jury that investigated the Rocky Flats nuclear weapons plant for 2½ years wanted to indict three Department of Energy officials for environmental crimes but U.S. Attorney Mike Norton refused, the *Rocky Mountain News* has learned.

The grand jury returned indictments against Albert Whiteman, former DOE manager at Rocky Flats, and his supervisors, former DOE regional manager Ray Romatowski and his successor, Bruce Twining, jurors confirmed Tuesday.

The officials were accused of conspiring with plant operators to commit and conceal environmental crimes at the plant in the treatment and disposal of radioactive wastes from 1980 to 1989.



Norton / Finesilver

The 23-member grand jury empaneled in 1989 also wanted to indict Rockwell Corp., its officials and EG&G, jurors said. The companies operated the plant for DOE.

Jurors said they were ordered to keep quiet about their findings or face criminal charges.

Several grand jurors, who were guaranteed anonymity, told the *Rocky Mountain News* Tuesday that Norton refused to sign the indictments and asked them to return indictments against Rockwell only.

When the jury refused, Norton's office dismissed the jury and announced a plea agreement in which Rockwell pleaded guilty to 10 felonies and misdemeanors, and agreed to pay $18.5 million in fines.

Although Norton boasted that the fines were among the largest ever collected, they were almost equal to the amount the government paid Rockwell in bonuses.

After they were stymied in their attempt to return indictments, the jurors gave chief Judge Sherman G. Finesilver similar charges in the form of "presentments" — charges by the grand jury that won't be prosecuted. Jurors said they thought those presentments would be made public, but they are part of the sealed court record.

"We were told in the judge's instructions that, should you come to a misunderstanding with the U.S. attorneys, you have this power," one juror said. "But what good is the power if no one knows about it? It's like you have freedom of speech unless we don't like what you're saying."

They also wrote a 75-page report calling for the plant to be permanently closed.

The Feb. 19 report charges that DOE "political appointees continue to direct and endorse the course of conduct at the plant in violation of environmental laws," the report says.

One draft of the report characterized the plant as "an ongoing criminal enterprise" that could survive only with the complicity of government and company officials who "have breached the public's trust by engaging in a campaign of distraction, deception and dishonesty."

On Friday, Finesilver ordered that the grand jury's report remain sealed. He said the report contained allegations not supported by facts, but one juror questioned how Finesilver could know that without spending weeks reviewing the material from the grand jury's 2½-year investigation.

Jurors also said Finesilver threatened them with contempt-of-court charges if they discussed the Rocky Flats probe.

Jurors contacted by the *News*

See **ROCKY FLATS** on 18

## Most jurors upset indictments quashed

**ROCKY FLATS from 6**

agreed to talk only if they were not identified. All but one said they were upset that they were not allowed to return indictments.

But one juror said he was less certain after prosecutors "showed us the holes."

The jurors were reviewing evidence gathered by agents of the FBI and Environmental Protection Agency during a July 9, 1989, raid of the nuclear weapons plant.

Ninety agents carted away truckloads of records in their probe of disposal of hazardous waste. The radioactive waste was produced in the manufacturing of plutonium triggers for nuclear bombs. The plant no longer produces nuclear weapons parts.

The *News* reported five days after the FBI raid DOE officials, including Romatowski and Twining, were likely to be indicted. The affidavit on which the search was based stated that DOE officials in Albuquerque resisted efforts by state and federal officials to clean up pollution.

In a memo to DOE officials in Washington, Romatowski said DOE should fight all pollution-control efforts.

The plea bargain that ended the grand-jury investigation is under investigation by a House subcommittee.

Finesilver couldn't be reached for comment Tuesday night, and Norton said he couldn't comment on grand-jury matters.