**WEDNESDAY**

# The Denver Post

*Voice of the Rocky Mountain Empire*

100 YEARS 1892–1992

Sunshine
High 82

September 30, 1992

Final Edition / 25 cents
35 cents in Designated Areas

## INSIDE THE POST

**TAX BILL APPROVED; VETO LIKELY**
The Senate passes a tax bill that includes urban aid and breaks for individual retirement accounts, but the bill is likely to be vetoed by President Bush. **STORY, 2A**

**THE MAGIC'S BACK**



Associated Press

Magic Johnson
Magic Johnson, who retired last season from the Los Angeles Lakers after learning he has the virus that causes AIDS, says he is returning to the team as a player on a limited schedule. **SPORTS, 1D**

**OVERNIGHT IN COLO.**
Tori Amos, one of the hottest new artists in the country, is a smash at the Boulder Theatre. **REVIEW, 2B**

**ON THE FAST TRACK**
State Rep. Dan Williams, sponsor of a bill legalizing off-track betting, has gone to work for Arapahoe Park race track. **DENVER & THE WEST, 1B**

# Flats grand jury rebuffed

## Panel wanted DOE, Rockwell employees indicted

**By Mark Obmascik and Peter Sleeth**
Denver Post Staff Writers

The grand jury probing the Rocky Flats nuclear weapons plant recommended criminal prosecutions of employees at the U.S. Department of Energy and Rockwell International, but the jury's decision was rebuffed by the U.S. Justice Department, three jurors said yesterday.

Jurors said their call for indictments for environmental crimes was described in a report delivered to U.S. District Judge Sherman Finesilver last spring. The report was sealed, however, and Finesilver issued a written order Friday keeping it secret.

Five members of the grand jury said yesterday the judge should release the report.

"My personal opinion is that he should re-

■ **IN WASHINGTON:** Congressional probe won't go away./11A

lease it so everyone would know what we know," one juror said. "Apparently (the Justice Department) didn't think the cases were strong enough to prosecute.

"They don't want to prosecute anybody unless they're damn sure they've got them dead to rights. I thought they had them dead to rights, but I'm not a criminal lawyer. But then, things that I'd say are white, they'd tell you it's black."

Another juror said, "We didn't want to let it just slide, but they didn't give us much choice." Jurors declined to identify the individual Energy Department or Rockwell employees recommended for prosecution.

The grand jury's actions were detailed in a story published late yesterday in the Denver weekly newspaper Westword.

Some jurors also spoke to The Denver Post yesterday on the condition that they remain anonymous. Jurors had been ordered by a federal judge to remain silent about the case, but they told The Post they were frustrated with the Rocky Flats plea bargain announced in March.

Rockwell pleaded guilty and paid $18.5 million in fines for violating 10 environmental laws while operating the Jefferson County plutonium trigger factory for the Energy Department. No individual Rockwell —

Please see FLATS on 10A

Denver Post file photo
**MIKE NORTON:** Directed federal probe of Rocky Flats.

## Arsonist hunted in fatal fire

**By Marilyn Robinson**
Denver Post Staff Writer

A fire investigation turned into a homicide case yesterday when authorities determined the blaze that killed a Denver firefighter Monday was the work of an arsonist.

An accelerant was used to start several fires in the two-story building at 1625 S.



## Bush says he's ready to debate

### New plan calls for Sunday series

**By Ellen Warren and Charles Green**
Knight-Ridder News Service

CLARKSVILLE, Tenn. — After spurning debates for nearly a month, President Bush did a sudden about-face yesterday

# Justice Dept. rejected call to indict DOE, Rockwell employees, jurors say

**FLATS from Page 1A**

well or Energy Department workers were charged with any crimes.

One juror said Rockwell's penalty was "a slap on the wrist." Another juror said, "We felt (Energy Department officials) were as much at fault as Rockwell." That juror added, "If you're a government official, you can just about do whatever you want to do. Now we see that, and I think we pretty much believe that."

The weapons plant, located between Boulder and Golden on Colorado 93, is heavily contaminated with plutonium and toxic chemical wastes. It's estimated it will cost more than $1 billion to clean up.

U.S. Attorney Mike Norton, who directed the federal probe of Rocky Flats, defended the Justice Department's decision against seeking indictments against individuals.

"We did not believe we had sufficient credible evidence to sustain a prosecution and conviction against any individuals," he said. "That's why we did not indict any individuals. We are not in the business of simply indicting people to make some political statement."

Norton declined to discuss any specifics of his dealings with the Rocky Flats grand jury, saying he is prohibited by law from doing so.

The Rocky Flats probe began in dramatic fashion in June 1989, when dozens of FBI and Environmental Protection Agency agents raided the plant in search of environmental law-breaking.

There was periodic speculation about what was happening as the grand jury investigation dragged on for more than 2½ years. The plea bargain announced by Norton in March was criticized by environmental groups, and a congressional subcommittee began looking into it. Last week, Norton and other Justice Department officials refused to answer some subcommittee questions.

News reports last weekend raised more questions about the grand jury, and detailed revelations about the grand jury recommending criminal prosecution of individual workers were reported yesterday by Westword.

Jurors told The Post yesterday that they had several disputes with prosecutors. At one point, the grand jury even began conducting its own investigation of Rocky Flats, without any help from federal prosecutors.

"There were a lot of meetings that (federal prosecutors) didn't even show up for," one juror said. "We did quite a bit on our own."

Jurors drew up their own report on Rocky Flats and delivered it to Finesilver, chief federal judge in Denver. On Friday, Finesilver said the jury's report contained "serious infirmities" and did not meet the legal standards for release as a public record. "Many of the recitals in the report are not relevant to the issue of federal environmental crimes and were outside the subject matter of the special grand jury's inquiry," the judge wrote. "In addition, many factual allegations on important matters are not supported by a preponderance of the evidence."

No juror willing to speak to The Post yesterday opposed the release of the report.

"Personally, I think the American people should know what's in there," one juror said. "There's a hell of a story here. But it's all under wraps."

Several jurors expressed frustration over the amount of Rockwell's penalty. Rockwell's $18.5 million fine amounted to about 3 percent of the defense contractor's annual corporate profit.

One juror said, "Why put us through all that and then make a deal? It wasn't even a deal at all. It was nothing — a slap on the hand."

Members of Congress, saying they're focusing on prosecutorial judgment during the investigation, also have questioned whether the Rockwell plea bargain was too lenient. The Justice Department's handling of the Rocky Flats probe has come under scrutiny by an investigations subcommittee of the House Science, Space and Technology Committee.

The congressional investigation became confrontational when FBI agent Jon Lipsky refused to answer many of the subcommittee's questions about the Rocky Flats settlement, saying he had been directed by his Justice Department superiors to remain silent on those issues. Last week, Norton also refused to answer many questions from subcommittee members. He too said he was acting under Justice Department direction.

As a result, the investigations subcommittee voted to write President Bush and urge him either to direct the Justice Department to cooperate in the congressional investigation or to personally assert that the information is being withheld from the subcommittee because of executive privilege.

The subcommittee has given the White House until noon today to respond to that, said subcommittee legal counsel Edith Holleman.

If the White House does not respond, "there's not a whole lot we can do, frankly," Holleman said.

However, Rep. Howard Wolpe, chairman of the investigations subcommittee, yesterday wrote to White House counsel Boyden Gray inviting him to appear before the panel Friday and explain the White House response to the subcommittee's request.

Regardless of the White House's response, it is unclear whether Congress will ever get to the bottom of the Rocky Flats settlement for a variety of reasons.

Foremost is the fact that Congress is tentatively scheduled to adjourn, possibly for the remainder of the session, by as early as the end of this week.

"We're running against the clock," Holleman said.

*Denver Post staff writers Peter G. Chronis and Robert Kowalski contributed to this report.*



## Old American Indian Artifacts Wanted.

- Pottery
- Baskets
- Beadwork
- Navajo Rugs and Blankets

Experienced buyer will pay premium prices. Complete confidence assured.

**777-3521**



## FINALLY, A MICRO HEARING SYSTEM AT AN AFFORDABLE PRICE

### 4 DAYS ONLY
### $89.00
up to 40db

- Smallest in the world
- Wear it home today
- 30 Day Trial
- 2 yr. MFRS Warranty

Expires 9-18-92

## FINAL DAYS
**THURS. Oct. 1   FRI. Oct. 2**

## CALL THE HEARING AID PLACE
FOR APPT (Only All Make Repair lab in state)

**782-0168** | 50% Off Repairs
Orig. $70.00 - $200.00

DENVER   WHEATRIDGE   WESTMINSTER   ENGLEWOOD