# HARPER'S

DECEMBER 1992
$3.50



PALESTINE, THEN AND NOW
An Exile's Journey Through Israel and the Occupied Territories
*By Edward W. Said*

THEIR MALCOLM, MY PROBLEM
On the Abuses of Afrocentrism and Black Anger
*By Gerald Early*

DISAPPEARING
My Brief Life as a Film Actor
*By John Berger*

LADY'S DREAM
*a story by Tobias Wolff*

Also: Eva Hoffman, Richard Rodriguez,
and a secret indictment of nuclear safety at Rocky Flats



# HARPER'S INDEX

Fine levied on Rockwell International in June for environmental violations at the Rocky Flats weapons plant : $18,500,000
"Performance bonuses" the Department of Energy paid Rockwell for the last 3 years it operated the plant : $22,600,000
Ratio of the amount of air pollution a U.S. factory is allowed to produce to the amount a German factory is allowed : 4:1
Rank of the United States, among the world's largest manufacturers of photovoltaic cells in 1980 : 1
Rank of Japan, among the world's largest manufacturers of photovoltaic cells today : 1
Value of the securities traded between Americans and foreigners last year, expressed as a percentage of the U.S. GNP : 98
Value of the securities traded in 1980, expressed as a percentage of the GNP : 9
Percentage of all government reserves worldwide in 1975 that consisted of dollars : 85
Percentage today : 56
Ratio of manufacturers' coupons printed last year to the number of bills printed by the U.S. Treasury : 4:1
Percentage change, since 1970, in the number of American women working more than one job : +390
Percentage change in the number of men working more than one job : +19
Percentage by which the average pay at foreign-owned companies in the U.S. exceeds pay at U.S. companies here : 20
Average fine levied last year on U.S. companies convicted of illegal pollution in white communities : $333,566
Average fine levied on companies convicted of illegal pollution in minority communities : $55,318
Year that Amtrak plans to stop dumping human waste along its tracks : 1996
Amount for which a Florida hygiene teacher is suing Amtrak over a toilet that sprayed him with feces : $10,000
Weekly church services a Kentucky man must attend until 1997 as part of his sentence for growing marijuana : 3
Percentage of first-year college students who say they favor drug testing in the workplace : 81
Chances that a visit to a psychiatrist will end with a drug prescription : 1 in 2
Percentage change, since 1980, in the number of military personnel and dependents seeking psychiatric care : +74
Percentage change, since 1987, in the number of suicides among active U.S. Army personnel : +19
Number of people who will participate in the first annual China Beach Surfing Contest in Vietnam this month : 60
Number of the world's 187 countries that do not have Most Favored Nation trading status with the United States : 12
Number of the 175 countries with MFN status accused of human rights abuses by Amnesty International last year : 135
Number of Korean noses cut off and taken during a 1597 Japanese invasion that were returned in November : 20,000
Number of Japanese tour groups scheduled to visit the new Mall of America, in Bloomington, Minnesota, this year : 50
Number of visitors each year to the Museum of Questionable Medical Devices, in Minneapolis : 6,000
Number of bull castrations Mississippi State's football coach made his team watch last fall as a "motivational" experience : 1
Average price of an ounce of cow gallstones in South Africa : $285
Percentage of American vegetarians who say they eat red meat once a week : 10
Number of members of the Young Black Teenagers, a rap group, who are black : 0
Ratio of American marriages between black men and white women to those between black women and white men : 2:1
Percentage change, since 1990, in the number of women between the ages of 40 and 44 using birth control pills : +100
Percentage of college students who say that their political opinions are similar to those of their parents : 44
Percentage who say their political opinions are "very different" from their parents' : 25
Chances that an attempt to ban or restrict access to school materials or books last year was successful : 2 in 5
Number of letters that must be moved to change "Santa" into "Satan" : 1
Price paid at auction in October for a 1942 Christmas card signed by Adolf Hitler : $3,025
Price of a box of pina colada-flavored candy canes from the Spangler Candy Company of Bryan, Ohio : $1.89

*Figures cited are the latest available as of October 1992. Sources are listed on page 74.*
*"Harper's Index" is a registered trademark.*

# READINGS

[Grand Jury Report]

## THE ROCKY FLATS COVER-UP, CONTINUED

From the sealed report of the special grand jury impaneled in Denver in August 1989 to investigate allegations of environmental crimes at the Rocky Flats nuclear-weapons plant. (In February, Harper's Magazine published excerpts from the diary of Jacqueline Brever, a chemical operator at Rocky Flats who was harassed after assisting the investigation.) The grand jury delivered its report last March to Federal Judge Sherman Finesilver, along with proposed indictments of three officials in the Department of Energy, which owns the Rocky Flats plant, and five employees of Rockwell International, the contractor that operated the plant until January 1990. U.S. Attorney Michael Norton, the prosecutor in the case, refused to sign the indictments, which rendered them invalid. Instead, Norton announced later that month that Rockwell had agreed to plead guilty to ten violations of environmental laws and pay a fine of $18.5 million; in exchange, the Justice Department agreed not to indict any Rockwell employees. In the fall of 1991, the prosecution had outlined to the grand jury the charges to which Rockwell eventually pleaded guilty—charges that the grand jurors considered too lenient. Norton told the jurors that it would be "inadvisable" for them to prepare a report; nonetheless, the twenty-two members of the grand jury prepared their indictments, as well as the forty-two-page draft report excerpted below, on their own. This month, the House science and technology oversight subcommittee plans to hold hearings on the Rockwell plea bargain; a preliminary report by subcommittee investigators stated that "[the] Justice [Department] apparently gave up millions of dollars in potential criminal and civil penalties." The report also cited "allegations that the headquarters of the Justice Department quashed ... prosecutions" of top Rockwell executives. Judge Finesilver has ordered the grand jury's report sealed and has warned jurors that if they speak publicly about the proceedings they could be held in contempt of court. The report, which was signed by nineteen of the jurors, was obtained by Bryan Abas, a reporter for Westword, a Denver weekly.

When agents of the Federal Bureau of Investigation and the Environmental Protection Agency [EPA] raided the Rocky Flats plant on June 6, 1989, they found compelling evidence that hazardous and radioactive waste had been illegally stored, treated, and disposed of at the plant in violation of the Resource Conservation and Recovery Act [RCRA]. The agents discovered that the Clean Water Act and other environmental statutes were being violated through a variety of continuing acts, including the illegal discharge of pollutants, hazardous materials, and radioactive matter into local rivers. The agents also uncovered a culture of criminal misconduct, in which corporate bonuses were obtained through illegal means.

For forty years, federal, Colorado, and local regulators and elected officials have been unable to make the Department of Energy [DOE] and the plant's corporate operators obey the law. Indeed, the plant has been and continues to be operated by government and corporate employees who have placed themselves above the law and who have hidden their illegal conduct behind the cloak of "national security." Government and corporate employees have breached the public's trust by engaging in a continuing campaign of distraction, deception, and dishonesty. Little has changed at Rocky Flats since the FBI raid. Employees of the DOE and of EG&G [the contractor that took over the operation of the plant from Rockwell in 1990] continue to violate many federal environmental laws.

[Evaluation]
# A SECOND ASSAULT

*From the "Rape Allegation Checklist," a list of fifty-seven questions for alleged rape victims, developed by Charles P. McDowell, an agent for the Air Force Office of Special Investigations. The questionnaire is designed to determine whether a woman who says she has been raped is telling the truth. Each response is given a weighted score from 0.5 to 5.0; a total is then calculated to determine whether the allegation of rape is "equivocal" (0–15 points), "probably false" (16–35 points), "false" (36–75 points), or "overkill" (more than 75 points). The questionnaire was used last August during a training seminar for Air Force personnel and civilian law-enforcement officers in Anchorage, Alaska; after Representative Patricia Schroeder (D., Colo.) registered a complaint with the Pentagon in September, the Air Force announced that it was discontinuing the use of the checklist.*

Does the victim's recollection of the details seem overly broad? (Yes=0.5)

Does the victim have difficulty in describing the sexual details of the assault? (Yes=0.5)

Does the victim describe the assault in flat, unemotional terms? (Yes=0.5)

Does the victim appear to feign emotions when relating details of the assault? (Yes=0.5)

Does the victim demand to be treated by a female physician or interviewed by a female police officer? (Yes=1.0)

Does the victim express a desire to "drop" the whole matter or otherwise indicate she does not want it investigated? (Yes=1.0)

Does the victim become outraged when asked to corroborate her assault? (Yes=1.0)

Does the victim have a history of financial problems? (Yes=1.0)

Does the victim report that she received any kind of written communication from her assailant before, during, or after the assault? (Yes=1.0)

If the victim received a written communication, was it a "cut and paste" note? (Yes=3.0)

Does the victim have a history of work-related problems? (Yes=2.0)

Does the victim report that she engaged in high-risk behavior prior to her assault? (Yes=2.0)

Does the victim have a history of alcohol abuse? (Yes=3.0)

Does the victim have problems in her interpersonal relationships (with her husband, boyfriend, or others)? (Yes=3.0)

Does the allegation solve a problem for the victim? (Yes=5.0)

---

The ongoing nature of the criminal enterprise at the Rocky Flats plant has prompted this grand jury to take three actions. First, we have approved indictments against certain current and former federal employees, corporate employees, and corporations. Second, we have made presentments to this court of evidence of criminal conduct by certain corporations and persons. Third, this grand jury strongly recommends that the Rocky Flats plant be closed as the only means to stop these continuing criminal acts.

The pervasive nature of the illegal practices discussed in this report may leave the court wondering how such extensive illegal conduct could have continued for such a lengthy period of time. The following factors provide a substantial explanation of how these events occurred:

(a) The DOE managed the plant with an attitude of indifference toward environmental laws;

(b) The DOE actively participated in and directed a conscious and ongoing effort to evade the application of certain environmental laws to the plant;

(c) Rockwell and its successor, EG&G—with the apparent knowledge of the DOE—have excused their illegal conduct by asserting that they cannot operate the plant without violating one or more environmental laws.

Although the DOE was charged with responsibility for independent oversight of Rockwell's conduct in the plant's operation, the DOE often acted as the "puppet" of Rockwell. For example, the DOE relied exclusively on Rockwell as the source of all information that the DOE provided to the public on environmental matters [pertaining to Rocky Flats]. If Rockwell wanted to communicate a specific message to the Environmental Protection Agency, a news reporter, or some citizen or public-interest group, Rockwell would usually prepare a "draft" letter for signature by an appropriate DOE employee, and the DOE employee would have the "draft" retyped on DOE letterhead and mailed to the person to whom Rockwell wished to convey its message.

The DOE's plant manager [the Energy Department official responsible for day-to-day oversight at Rocky Flats] also made false written statements. He did this either with the knowledge that his statements were false or with a disregard for the veracity of his statements. For example, when the plant manager signed the DOE's 1985 RCRA permit application for the plant, he had been working at the plant less than one week, he had read none of the permit application—a lengthy, complex document—and he knew virtually nothing about the RCRA. Nonetheless, he signed the permit application without investigating the veracity of any of the statements in the application. Thereafter, he signed

[Equation]
# ALGEBRA-LA-LA, LA-LA-LA-LA

*From a "seasonal greeting," by Brett Stevens, in the December 21/28, 1991, issue of New Scientist, published in London. Stevens graduated in June from the University of Chicago with a B.A. in pure mathematics.*

| | |
|---|---|
| Given | $2mr[i\cos r^2 - \sin r^2] = dx/dr$ |
| Separate variables | $2mr\,dr[i\cos r^2 - \sin r^2] = dx$ |
| Divide both sides by m | $2r\,dr[i\cos r^2 - \sin r^2] = dx/m$ |
| Express each side as an integral | $\int 2r\,dr[i\cos r^2 - \sin r^2] = \int dx/m$ |
| Integrate | $\cos r^2 + i\sin r^2 + c_1 = x/m + c_1$ |
| Subtract $c_1$ from both sides | $\cos r^2 + i\sin r^2 + c_1 - c_1 = x/m$ |
| $c_1 - c_1 = c^2$ for some c | $\cos r^2 + i\sin r^2 + c^2 = x/m$ |
| Multiply both sides by m | $m[\cos r^2 + i\sin r^2] + mc^2 = x$ |
| $E = mc^2$ | $m[\cos r^2 + i\sin r^2] + E = x$ |
| Subtract E from both sides | $m[\cos r^2 + i\sin r^2] = x - E$ |
| De Moivre's rule: $\exp(\theta i) = \cos\theta + i\sin\theta$ | $m\exp(r^2 i) = x - E$ |
| $E(work) = force \cdot distance$ | $m\exp(r^2 i) = x - F s$ |
| $F(force) = mass \ times \ acceleration$ | $m\exp(r^2 i) = x - mas$ |
| $r^2 = rr$ | $m\exp(rri) = x - mas$ |
| $\exp(a) = e^a$ | $m\,e^{rri} = x - mas$ |

other permit applications that Rockwell gave him to sign, although he had insufficient personal knowledge to certify that the statements made in the applications were true.

From January 1985 through the date of the FBI raid, the DOE routinely denied—on the grounds of "national security" or lack of jurisdiction—virtually all requests that the EPA made to inspect the plant. By using the DOE in this manner, Rockwell was able to shield its operations from independent inspections that sought to verify the information the DOE and Rockwell had provided to regulatory agencies. For example, when the DOE applied in 1987 for a RCRA permit to operate an incinerator to burn radioactive wastes, hazardous wastes, and mixed wastes at the plant, the DOE refused to allow the EPA to inspect the incinerator to determine the accuracy of statements that Rockwell had made in the permit applications.

Although the DOE's regional employees in Albuquerque, New Mexico, instructed Rockwell to obey the law, the DOE did not follow up on their instructions. Quite the contrary, the DOE explicitly discouraged Rockwell from complying with environmental laws by omitting environmental compliance from the list of criteria according to which large-performance bonus fees were paid to Rockwell during the period from 1985 through 1989. Significantly, these large financial incentives (which were in the millions of dollars) could be earned most easily if Rockwell ignored environmental compliance in striving to meet weapons-production goals.

On those occasions when Rockwell advised DOE officials that Rockwell might be violating an environmental law or that its conduct could be challenged by regulatory agencies, DOE officials either ignored such notices from Rockwell, joined with Rockwell in developing rationalizations for such conduct, or actively participated in plans to conceal potentially damaging information from the public or from regulatory agencies. Certain DOE officials exploited an advantage that the DOE had as a federal agency. They knew that one federal agency (the EPA) could not impose sanctions against another federal agency (the DOE) for violating environmental laws. Consequently, these DOE employees ignored the EPA's administrative requests for RCRA compliance at the plant.

This pattern continues today: the DOE still refuses to consent to the imposition of civil penalties against itself, its contractors, or their employees for violating federal environmental laws, which businesses, state governments, local gov-

ernments, and private citizens must obey. In this sense, the DOE has become a self-regulating agency that is above the law and without accountability, except to this grand jury.

Since this grand jury cannot indict a federal agency for violating the law, the DOE is identified in this report, and in the grand jury's presentments of evidence of criminal misconduct, as an unindicted co-conspirator with Rockwell, EG&G, and certain individuals in an ongoing conspiracy to violate certain environmental laws of the United States. If the plant is not closed, the grand jury believes that the DOE's involvement in this conspiracy will continue.

Employees of the DOE and other government departments and agencies defended themselves at various times before this grand jury by asserting four arguments. First, some government employees asserted that they were immune from prosecution for their criminal acts. Second, some claimed that they did not personally direct the illegal storage, treatment, and disposal operations at the plant and that therefore they should not be held accountable for criminal conduct. Third, some government employees suggested that their incompetent and negligent mismanagement of the plant did not constitute crimes. Fourth, many of them told the grand jury that they were ignorant of the law or had relied on faulty legal advice, and that therefore they should not be held accountable for their criminal acts. The grand jury rejects each of these defenses.

The sovereign immunity of the federal government does not immunize individual government employees from prosecution for their criminal conduct. Employees of the federal government should be and are subject to the criminal laws of this nation. Criminal conduct should never be a part of a government employee's work. If the government's employees do not obey the law, we cease to be one nation under the law.

The grand jury heard at length from government employees who said it was not their job to see that the private contractors operated the plant in conformance with applicable law. However, the evidence is uncontested that they ignored repeated warnings from multiple sources that the Rocky Flats plant was being operated in violation of numerous environmental laws. Since these government employees were in charge of the plant, and since they took virtually no action to comply with environmental laws in operating the plant, they must be held accountable for their complicity in and toleration of criminal acts at the plant.

From the perspective of this grand jury, Rockwell and the DOE were indistinguishable co-conspirators in violating the RCRA, the Clean Water Act, and other environmental laws, regulations, and agreements. Rockwell conspired with certain DOE officials over a period of years to hide its illegal acts and the illegal acts of its employees behind the sovereign immunity of a department (the DOE) of the federal government. Some DOE employees, likewise, became a law unto themselves and attempted to immunize themselves from prosecution by hiding behind the sovereign immunity of the U.S. government.

The pervasive nature of the conspiracy between the DOE and Rockwell may best be illustrated by the means by which bonus fee awards for Rockwell were determined at the plant. During the period from 1986 to 1989, Rockwell semi-annually prepared recommend-

---

[Telephone Message]
# FERTILIZING THE GRASS ROOTS

*From a message recorded in September on the telephone-answering machine of a U.S. senator during the debate over the bill to regulate cable television. As part of a lobbying effort to defeat the bill, cable companies urged their subscribers to call the companies and record a message for their senators stating their opposition to the bill; company officials were supposed to field the calls and then patch them through to the senators' answering machines. The bill passed in October. The transcript of the telephone message appeared in the September 18 Washington Post.*

CABLE COMPANY: Ma'am, you just speak.
CONSTITUENT: I don't know what I'm speaking about.
CABLE COMPANY: Uh, the cable bill. You don't want your cable prices to go up, right?
CONSTITUENT: No, I do not.
CABLE COMPANY: Well, okay, just tell 'em that.
CONSTITUENT: Tell 'em what? I mean—
CABLE COMPANY: That you don't want your cable bill to go up.
CONSTITUENT: That's all I have to say?
CABLE COMPANY: Yes, that's all.
CONSTITUENT: Okay. Senator, I do not want my cable—cable bill to go up.
CABLE COMPANY: Thank you.
CONSTITUENT: Thank you.

---



From "My Own Private Peggy Noonan," a cartoon strip drawn by Dean Rohrer and written by Jamie Malonowski that appeared in the August issue of Details, as part of a special twenty-page cartoon supplement.

ed bonus fee award reports for the DOE's office at the plant. In virtually every circumstance, the DOE plant manager would then adopt with almost no changes the recommended bonus fee report as his own. In determining the amount of bonus to be paid to Rockwell, the DOE plant manager relied almost exclusively on Rockwell. The DOE plant manager would then submit the revised bonus fee report to the DOE's Albuquerque office on DOE letterhead, as his recommended bonus fee award for Rockwell for that six-month period. The DOE's Albuquerque office would then rubber-stamp the report and the bonus fee would be awarded. [Rockwell received $22.6 million in bonus fees from 1987 to 1989.]

The current operating contract between the DOE and EG&G has essentially duplicated the circumstances that existed before the FBI raided the plant. The DOE has continued to thwart the efforts of the EPA to bring the plant into compliance with applicable environmental laws. Likewise, the DOE has continued to attempt to shield its contractor's illegal acts behind the DOE's shield of sovereign immunity, as a means to avoid the imposition of civil penalties against the DOE and its contractor. As was the situation before the FBI raided the plant in June 1989, the DOE continues to direct and endorse this course of illegal activity in violation of applicable environmental laws and in the name of political expediency. It is primarily for this reason that this grand jury has recommended that the Rocky Flats plant should be closed.

[Testimony]
## TABLOID JOURNALISM 101

*From testimony given during an Arkansas trial last December by Manny Silver, a reporter for the Sun, a supermarket tabloid published in Boca Raton, Florida. Silver was testifying as a witness in a libel lawsuit brought by Nellie Mitchell, a ninety-seven-year-old Mountain Home, Arkansas, woman, against the publishers of the Sun. Mitchell's picture had accompanied an article entitled "World's Oldest Newspaper Carrier, 101, Quits Because She's Pregnant," published in a 1990 issue of the tabloid. A Sun editor testified during the trial that he had used Mitchell's picture because he had assumed she was dead. Mitchell was awarded $1.5 million by the court in February; the Sun has filed an appeal.*

SANDY MCMATH [Mitchell's lawyer]: Do you recall writing an article for the Sun about an elderly lady who had to quit her job because she became pregnant?

MANNY SILVER: Yes.

MCMATH: Whose name did you write that under?

SILVER: Pat Craigers.

MCMATH: Why did you use that particular name?

SILVER: I just use my pen names at will. Whichever one comes to my mind, I use.

MCMATH: Is one reason that you don't use your real name that you don't want people to know that you work for the Sun?