Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

_____

**Government's Brief Addressing the Turley Proffer's Allegations
of Prosecutorial Crimes and Professional Misconduct**
_____

**Attachment # 27**

    Paperback book: <u>The Ambushed Grand Jury</u>, by Wes McKinley