**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

---

**MOTION TO SEAL THE SEALED PORTION
OF THE GOVERNMENT'S BRIEF ADDRESSING
THE TURLEY PROFFER'S ALLEGATIONS
OF PROSECUTORIAL CRIMES AND PROFESSIONAL MISCONDUCT**

---

The United States of America, by Troy A. Eid, United States Attorney for the District of Colorado, and through John Haried, Assistant United States Attorney, moves the Court to enter an Order sealing Docket #138, the Sealed Portion of the Government's Brief Addressing the Turley Proffer's Allegations of Prosecutorial Crimes and Professional Misconduct, and as grounds therefor states:

1.      The government has filed its brief on the merits in two portions: a publicly filed brief that addresses relevant facts and law, and a portion containing grand jury matters relevant to the Petitioners' claims.  Both portions have been filed contemporaneously.  The publicly filed portion of the government's brief has been electronically distributed to counsel for the Petitioners.  The purpose behind submitting two briefs is to minimize the amount of information withheld from the public.

2.      The release of the information in the Sealed Portion of the Government's Brief Addressing the Turley Proffer's Allegations of Prosecutorial

Crimes and Professional Misconduct would reveal grand jury matters.

3.      As shown in the government's publicly filed brief, some of the former grand jurors have made numerous disclosures of grand jury matters in violation of Rule 6(e).  That includes newspapers stories and magazine articles quoting unnamed grand jurors and a book by a former grand juror detailing information about the special grand jury's proposed indictments (including the names of individuals never charged), the grand jury's deliberations, and the names of and information about witnesses who appeared before the grand jury.  The special grand jury's proposed report is on the internet in its unredacted form.

4.      For those reasons, in this motion the government is not asking that the Court disclose the sealed portion of the government's brief to the Petitioners or their attorneys at this time.  Instead, the government requests that the Court review the public and sealed portions of the government's brief and fashion whatever protective orders concerning disclosure that the Court deems appropriate under the circumstances.

WHEREFORE the Government moves this Honorable Court to enter an Order sealing the Sealed Portion of the Government's Brief Addressing the Turley Proffer's Allegations of Prosecutorial Crimes and Professional Misconduct against everyone except attorneys and employees of the Office of the U.S. Attorney.

Respectfully submitted,

TROY A. EID
United States Attorney


BY: s/ John Haried
John Haried
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2007, I electronically filed the foregoing **Government's Motion to Seal** under seal with the Clerk of the Court using the CM/ECF system, and sent notification of such filing to opposing counsel at the following e-mail addresses and by fax:

Bette K. Bushell
bkbesq@ecentral.com

Kenneth Peck
kenpeck@bushellandpeck.com

Jonathan R. Turley
jturley@law.gwu.edu

s/John Haried
John Haried
Assistant United States Attorney