**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

### ORDER TO SEAL

Upon the motion of the United States of America, and for good cause shown, IT IS

ORDERED that Docket #138, the Sealed Portion of the Government's Brief Addressing the Turley Proffer's Allegations of Prosecutorial Crimes and Professional Misconduct, is hereby sealed against everyone except attorneys and employees of the Office of the U.S. Attorney.

DATED this ___ day of _____, 2007.

BY THE COURT:

_____
HON. RICHARD P. MATSCH
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO