**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

---

**MOTION TO AMEND THE ORDER**
**SEALING THE SEALED PORTION OF THE GOVERNMENT'S BRIEF**

---

The United States of America, by Troy A. Eid, United States Attorney for the District of Colorado, and through John Haried, Assistant United States Attorney, moves the Court to amend its Order sealing Docket #138, the Sealed Portion of the Government's Brief Addressing the Turley Proffer's Allegations of Prosecutorial Crimes and Professional Misconduct, and as grounds therefor states:

1.      The order proposed by the government and signed by the Court limited disclosure of the government's sealed portion of its brief to attorneys and employees of the U.S. Attorney's Office.

2.      The attorneys at the Department of Justice in Washington collaborating on this matter would like to review and maintain a copy of the government's pleading.

WHEREFORE the government moves the Court to enter an Order authorizing disclosure to attorneys for the Department of Justice of the Sealed Portion of the Government's Brief Addressing the Turley Proffer's Allegations of Prosecutorial Crimes and Professional Misconduct.

Respectfully submitted,

TROY A. EID
United States Attorney


BY: s/ John Haried
John Haried
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Attorney for Government

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of June, 2007, I electronically filed the foregoing **Government's Motion to Seal** under seal with the Clerk of the Court using the CM/ECF system, and sent notification of such filing to opposing counsel at the following e-mail addresses and by fax:

Bette K. Bushell
bkbesq@ecentral.com

Kenneth Peck
kenpeck@bushellandpeck.com

Jonathan R. Turley
jturley@law.gwu.edu

s/John Haried_____
John Haried
Assistant United States Attorney