IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

**AMENDED ORDER TO SEAL**

Upon the motion of the United States of America, and for good cause shown, IT IS

ORDERED that Docket #138, the Sealed Portion of the Government's Brief Addressing the Turley Proffer's Allegations of Prosecutorial Crimes and Professional Misconduct, is hereby sealed against everyone except attorneys and employees of the Office of the U.S. Attorney and attorneys of the Department of Justice.

DATED this ___ day of _____, 2007.

                                                BY THE COURT:

                                                _____
                                                HON. RICHARD P. MATSCH
                                                UNITED STATES DISTRICT JUDGE
                                                UNITED STATES DISTRICT COURT
                                                DISTRICT OF COLORADO