**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Miscellaneous Action No. 96-y-00203-M

**In re Special Grand Jury 89-2**

---

**AMENDED ORDER TO SEAL**

---

Upon the motion of the United States of America, and for good cause shown, IT IS

ORDERED that Docket #138, the Sealed Portion of the Government's Brief Addressing the Turley Proffer's Allegations of Prosecutorial Crimes and Professional Misconduct, is hereby sealed against everyone except attorneys and employees of the Office of the U.S. Attorney and attorneys of the Department of Justice.

DATED this 8th day of June, 2007.

                                                             BY THE COURT:
                                                             s/Richard P. Matsch

                                                             _____
                                                             HON. RICHARD P. MATSCH
                                                             UNITED STATES DISTRICT JUDGE
                                                             UNITED STATES DISTRICT COURT
                                                             DISTRICT OF COLORADO