**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge Richard P. Matsch

IN RE                                                                                  96 Y 203

SPECIAL GRAND JURY 89-2

PETITIONERS' FIRST AND UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE A REPLY BRIEF

Pursuant to Local Rule 6.1, Petitioners' respectfully request a two-week extension of time until July 16, 2007 to file a reply brief to the government's brief filed on June 1, 2007, on the grounds below:

1. Due to a family emergency, government counsel was given (with Petitioners' consent) a series of extensions of time.

2. The government's extensions forced Petitioners' period for reply into a series of conflicts both professional and personal in nature.

3. Professor Turley is lead counsel in two terrorism cases with pending matters in Virginia during this month that will prevent him from addressing the 48-page filing by the government.

4. The cases of Dr. Sami Al-Arian and Dr. Ali Al-Timimi are both sealed and before the United States District Court for the Eastern District of Virginia. The government's extensions also forced the reply period into the same period that Professor Turley is in the midst of closing on a new house (as well as selling his existing home).

5.  Counsel for the United States was consulted and does not oppose an extension until July 16, 2007.

                           Respectfully submitted,

                           s/Jonathan Turley
                           Jonathan Turley
                           2000 H St., N.W.
                           Washington, D.C. 20052
                           (202) 994-7001
                           Counsel for Appellants

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that, on June 25, 2007, true and correct copies of the foregoing motion were electronically filed with the clerk of court using the CM/ECFsystem.

Notification was sent via e-mail by the system to the following individuals.

Troy Eid, Esq.
John Haried
U.S. Attorney for the District of Colorado
1225 17th Street
Suite 700
Denver Colorado, 80202

Bette K. Bushell

    s/Jonathan Turley
Jonathan Turley
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001

Counsel for Appellants