UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RICHARD P. MATSCH

Miscellaneous Action No. 96-Y-203

In re Special Grand Jury 89-2

## PETITIONER KENNETH E. PECK'S AMENDED MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF

Former Grand Juror Kenneth E. Peck, by and through his attorney, hereby moves this Court for an Order granting him an extension of time, through and including Wednesday, July 18, 2007, in which to file his reply to the Government's brief in this matter. As grounds for granting this Motion, the Petitioner states:

1. The Government filed its brief in this matter on or about June 1, 2007.

2. Due to problems with the computer filing system, counsel has been unable to obtain a copy of the Government's brief.

3. The Government's attorney, John Haried, agreed to send a hard copy of his brief to undersigned counsel.

4. The paralegal for undersigned counsel has communicated with Mr. Haried and informed him that, as of today, we have not yet received a copy of his brief.

5. Complicating matters further, undersigned counsel's computer crashed today, which has prohibited her from obtaining access to her Word program.

6. The Petitioner, Kenneth E. Peck, will be severely prejudiced if this Motion is not granted.

7. Undersigned counsel has attempted to contact opposing counsel, John Haried, but has been unable to do so.

WHEREFORE, the Petitioner, Kenneth E. Peck, through counsel, hereby moves this Court to enter an Order granting him an extension of time, through and including Wednesday, July 18, 2007, in which to file his reply brief.

Date: June 25, 2007.

                                      Respectfully submitted,

                                      BUSHELL & PECK, L.L.C.
*(Original signature on file at the law firm of Bushell & Peck, L.L.C.)*

/s/ *BETTE K. BUSHELL*
Bette K. Bushell

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the attached Petitioner Kenneth E. Peck's Amended Motion for Extension of Time to File a Reply Brief on June 25, 2007 to the following persons:

TROY EID, ESQ.
JOHN HARIED
US ATTORNEYS FOR THE DISTRICT OF COLORADO
1225 17th STREET
SUITE 700
DENVER, COLORADO 80202

MR. JONATHAN TURLEY
GEORGE WASHINGTON UNIVERSITY
2000 H STREET, N.W.
WASHINGTON, D.C. 20052

BUSHELL & PECK, L.L.C.
*(Original signature on file at the law firm of Bushell & Peck, L.L.C.)*

*BETTE K. BUSHELL*
Bette K. Bushell