UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Miscellaneous Action No.    96-Y-203

In re Special Grand Jury 89-2

---

ORDER

---

Upon consideration of Petitioners' First and Unopposed Motion for Extension of Time to File a Reply Brief (Doc. #158), filed on June 25, 2007, it is

ORDERED that the motion is granted to and including July 16, 2007.

DATED: June 26th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Judge