**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge Richard P. Matsch

IN RE                                                                  96 Y 203

SPECIAL GRAND JURY 89-2

---

PETITIONERS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE A REPLY BRIEF

---

Pursuant to Local Rule 6.1, Petitioners respectfully request that they be given the same due date as Petitioner Kenneth Peck for filing a reply brief on July 18, 2007, on the grounds below:

1. With the consent of the government, both Petitioners and Petitioner Ken Peck requested extensions to file their reply briefs.

2. The extensions became necessary after repeated extensions for the government created litigation conflicts with Petitioners' counsel.

3. Due to a series of orders, however, the due date for the petitioners is unclear and conflicted.

4. Rather than requiring both reply briefs to be filed on the same day, the current docket appears to have a due date of July 16, 2007 for Petitioners and a due date of July 18, 2007 for Mr. Peck.

5. This issue caused some confusion in the Clerk's office, which suggested that a motion would be the simplest way to rectify the anomaly to afford all petitioners the same period for reply.

6.        Petitioners request that they be afforded the same time for filing before or on July 18, 2007.

                Respectfully submitted,

                s/Jonathan Turley
                Jonathan Turley
                2000 H St., N.W.
                Washington, D.C. 20052
                (202) 994-7001
                Counsel for Appellants

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that, on July 10, 2007, true and correct copies of the foregoing motion were electronically filed with the clerk of court using the CM/ECFsystem.

Notification was sent via e-mail by the system to the following individuals.

Troy Eid, Esq.
John Haried
U.S. Attorney for the District of Colorado
1225 17th Street
Suite 700
Denver Colorado, 80202

Bette K. Bushell

                                        s/Jonathan Turley
                                  Jonathan Turley
                                  2000 H St., N.W.
                                  Washington, D.C. 20052
                                  (202) 994-7001

                                  Counsel for Appellants

Case No. 1:96-y-00203-RPM   Document 165   filed 07/10/07   USDC Colorado   pg 3 of 3