UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Miscellaneous Action No.   96-Y-203

In re Special Grand Jury 89-2

ORDER

Upon consideration of Petitioners' Unopposed Motion for Extension of Time to File a Reply Brief (Doc. #165), filed on July 10, 2007, it is

ORDERED that the motion is granted to and including July 18, 2007.

DATED: July 10th, 2007

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Judge