UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Miscellaneous Action No. 96-y-00203-RPM

In re Special Grand Jury 89-2

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered by Senior Judge Richard P. Matsch on May 5, 2008, it is

ORDERED that this miscellaneous civil action is dismissed without the award of fees.

DATED: May 5, 2008

FOR THE COURT:

GREGORY C. LANGHAM, CLERK

By s/M.V.Wentz
_____
Deputy